Monica M. Quinn, Bar No. 198332
mquinn@littler.com
Littler Mendelson, PC
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone:     213-443-4300
Fax No:         213-443-4299

Whitney Williams, Bar No. 335384
whwilliams@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:     310.553.0308
Fax No.:         310.553.5583

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MATTHEW HUGGINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:21−CV−01526−NONE−JLT<br><br>ASSIGNED FOR ALL PURPOSES TO HON. JENNIFER L. THURSTON<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**<br><br>Complaint Filed (County of Kern Superior Court): August 25, 2021 |

LITTLER MENDELSON P.C
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD

TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the appearance by MAGGY ATHANASIOUS (SBN 252137) is hereby withdrawn as counsel of record for Defendants AMAZON.COM SERVICES LLC and AMAZON.COM, INC. and she should be removed from the service list. All other attorneys at LITTLER MENDELSON, P.C. who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list.

Dated: November 10, 2021

Respectfully submitted,

LITTLER MENDELSON P.C.

/s/ *MAGGY ATHANASIOUS*
Monica M. Quinn
Maggy Athanasious
Whitney Williams

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

4878-4619-1875.1 / 090069-1569

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD