Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Kelly M. Matayoshi (State Bar No. 284596)
kmatayoshi@fbm.com
Hillary Marks (State Bar No. 335345)
hmarks@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.

MATERN LAW GROUP, PC
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DEANNA S. LEIFER (SBN 265840)
dleifer@maternlawgroup.com
OLIVIA GREEN (SBN 334128)
ogreen@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MATTHEW HUGGINS, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; AMAZON.COM, INC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No. 1:21-cv-01526-DAD-BAK (EPG)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. DALE A. DROZD<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>Complaint Filed: August 25, 2021<br>Trial Date:        August 8, 2023 |

Pursuant to Local Rule 143, Plaintiff Matthew Huggins and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants") (collectively, the "Parties"), hereby stipulate and request that the Court modify the scheduling as follows:

1. On August 25, 2021, Plaintiff filed a complaint against Defendants in the Superior Court of the State of California for the County of Kern alleging causes of action for: (1) Disability Discrimination in Violation of the California Fair Employment and Housing Act; (2) Failure to Take All Steps Necessary to Prevent Disability Discrimination; (3) Retaliation; (4) Failure to Make a Reasonable Accommodation; (5) Failure to Engage in the Interactive Process; (6) Intentional Infliction of Emotional Distress; and (7) Wrongful Termination in Violation of Public Policy.  Defendants filed an answer to Plaintiff's Complaint on October 13, 2021.  On October 15, 2021, Defendants removed this action to the United States District Court for the Eastern District of California.

2. On February 2, 2022, this Court held a scheduling conference and issued a scheduling order establishing pre-trial deadlines and scheduling the pre-trial conference for June 9, 2023 and the jury trial for August 8, 2023.  The pre-trial conference was subsequently continued to June 12, 2023.  Pursuant to this scheduling order, all non-expert discovery must be complete on or before September 12, 2022.

3. The Parties have agreed to mediate this case and have scheduled a private mediation with mediator Steve Mehta on August 23, 2022, which was the first available date for the mediator, the Parties, and their counsel.

4. Defendants have also recently switched counsel of record from Littler Mendelson P.C. to Farella Braun + Martel LLC.

5. The Parties have been diligent in conducting discovery to date, including propounding and responding to written discovery requests and scheduling depositions.  However, due to the above developments, the Parties will need additional time to complete discovery in the event they are unable to reach a resolution at the mediation.  Thus, the Parties agree that good cause exists to extend the pre-trial deadlines to permit time to effectively mediate this case.  The

proposed extended dates will not impact the date of the pre-trial conference or jury trial, which can remain in place.

6.  The Parties agree to and stipulate to the following proposed extensions:

|  | **Scheduling Order Dates** | **Proposed Extension** |
|---|---|---|
| Non-expert discovery cutoff | September 12, 2022 | November 14, 2022 |
| Expert disclosure deadline | October 12, 2022 | December 12, 2022 |
| Rebuttal expert disclosure deadline | November 10, 2022 | January 9, 2023 |
| Expert discovery cutoff | December 9, 2022 | February 7, 2023 |
| Non-dispositive motion filing deadline | January 20, 2023 | March 21, 2023 |
| Non-dispositive motion hearing date | February 24, 2023 | April 18, 2023 |
| Dispositive motion filing deadline | February 7, 2023 | April 10, 2023 |
| Dispositive motion hearing date | March 20, 2023 | May 16, 2023 |

7.  The Parties have not requested any previous extensions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May __, 2022            FARELLA BRAUN + MARTEL LLP

By: _____
Kelly M. Matayoshi

Attorneys for Defendants AMAZON.COM SERVICES LLC and AMAZON.COM, INC.

1  Dated: May __, 2022                    MATERN LAW GROUP, PC

3                                         By: _____
4                                              MATTHEW J. MATERN
                                               DEANNA S. LEIFER
                                               OLIVIA GREEN

6                                         Attorneys for Plaintiff MATTHEW HUGGINS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

# **ORDER**

Pursuant to the parties' stipulation and for good cause shown, the scheduling order shall be amended as follows:

|  | **Scheduling Order Dates** | **Extension** |
|---|---|---|
| Non-expert discovery cutoff | September 12, 2022 | November 14, 2022 |
| Expert disclosure deadline | October 12, 2022 | December 12, 2022 |
| Rebuttal expert disclosure deadline | November 10, 2022 | January 9, 2023 |
| Expert discovery cutoff | December 9, 2022 | February 7, 2023 |
| Non-dispositive motion filing deadline | January 20, 2023 | March 21, 2023 |
| Non-dispositive motion hearing date | February 24, 2023 | April 18, 2023, at 10:00 a.m. |
| Dispositive motion filing deadline | February 7, 2023 | April 10, 2023 |
| Dispositive motion hearing date | March 20, 2023 | May 16, 2023, at 9:00 a.m. |
| Pre-trial conference date[1] | June 9, 2023 | August 14, 2023, at 1:30 p.m. |
| Trial date | August 8, 2023 | October 17, 2023, at 1:00 p.m. |

IT IS SO ORDERED.

Dated:  **June 1, 2022**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] As the parties have stipulated to extending the dispositive motion filing and hearing deadlines, the Court also adjusts the pre-trial conference and trial dates accordingly to allow for sufficient time after filing of dispositive motions.